UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVIS FARRALES, ET AL., § § § Plaintiff, § § v. § MIDLAND CREDIT MANAGEMENT, § ET AL § § Defendants. § | Civil Action No. 4:09-CV-02152 |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND ANSWER DATE

Came on to be considered Chase Bank USA, N.A.'s Unopposed Motion To Extend Answer Date. The Court, upon careful consideration, is of the opinion that the Motion has merit and should be GRANTED. Therefore, the Court hereby GRANTS Chase Bank/Washington Mutual an extension of time to file its answer or other responsive pleading in this matter. Chase Bank USA, N.A. shall file its answer (on behalf of both the Chase and Washington Mutual defendants) or other responsive pleading on or before Thursday, August 20, 2009.

**SO ORDERED.**

Signed This __6th__ Day Of __August_____, 2009.

_____
Nancy F. Atlas
United States District Judge

5576243v.1